FILED

2010 JUN 16 PM 2: 25

US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:10-cr-20-OC-28GRJ

18 U.S.C. § 1038(a)(1)(A)

ANTHONY E. MARCHESSEAULT

SEALED

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 19, 2005, in Lake County, in the Middle District of Florida and elsewhere,

### ANTHONY E. MARCHESSEAULT

the defendant herein, did knowingly and intentionally engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity was taking place that would constitute a violation of Chapter 113B of Title 18 of the United States Code, in that the defendant caused a package containing a hoax explosive to be deposited in the United States Mail with insufficient postage that falsely represented it was being sent from the Chairman and Chief Executive Officer of a company, for which the defendant previously served as a contractor, to Dr. Al-Zarquawi, Gjasd A Da S., Baghdad University, Iraq.

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

A TRUE BILL,

_____Frank Burkett_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
David Haas
Assistant United States Attorney

By: _____
Roger B. Handberg, III
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY E. MARCHESSEAULT

## INDICTMENT

Violations:

18 U.S.C. § 1038(a)(1)(A)

A true bill,

_Frank Burkett_
Foreperson

Filed in open court this 16th day

of June, A.D. 2010.

_Helyn J. LaTorre_
Clerk

Bail $ _____